UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED CHEHEBAR, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR HEALTH, INC., MARIO SCHLOSSER, SIDDHARTHA SANKARAN, ARI FISCHEL, JEFFERY H. BOYD, JOEL CUTLER, JOSHUA KUSHNER, TERI LIST, CHARLES E. PHILLIPS, JR., DAVID PLOUFFE, ELBERT O. ROBINSON, JR., and VANESSA A. WITTMAN,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:22-cv-04103-ALC<br><br>Hon. Andrew L. Carter, Jr |

**NOTICE OF ERRATA**

Plaintiff Alfred Chehebar ("Chehebar") respectfully submits this Notice of Errata to his Notice of Voluntary Dismissal of the above-captioned action (the "Action"), filed on June 7, 2022 (Dkt. No. 8).

Chehebar intended to voluntarily dismiss the Action, **without** prejudice, as to all defendants. However, due to an inadvertent clerical error, Chehebar's notice referred to the dismissal of the Action **with** prejudice, as to all defendants (*see id.*).

The Clerk of Court is respectfully requested to amend the docket text at Docket No. 8 as a deficient docket entry and voluntarily dismiss the Action without prejudice, as to all defendants.

Dated: June 7, 2022

    **POMERANTZ LLP**

    By: */s/ Jeremy A. Lieberman*
    Jeremy A. Lieberman
    J. Alexander Hood II
    Thomas H. Przybylowski
    600 Third Avenue
    New York, New York 10016
    Telephone: (212) 661-1100
    Facsimile: (212) 661-8665
    jalieberman@pomlaw.com
    ahood@pomlaw.com
    tprzybylowski@pomlaw.com

    **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
    Peretz Bronstein
    60 East 42nd Street, Suite 4600
    New York, New York 10165
    Telephone: (212) 697-6484
    Facsimile: (212) 697-7296
    peretz@bgandg.com

    *Attorneys for Plaintiff*